636

423 A.2d 1308

Commonwealth v. Washington, Appellant.

Argued April 12, 1979. Plimpton L. Graul, Assistant Public Defender, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

423 A.2d 1308

Crisafi, Appellant, v. Custom Fit, etc.

Argued March 21, 1979. Jay Meyers, for appellant; Rudolph DiMassa, for appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Order affirmed.